PROB 12C
(6/16)

Report Date:  February 24, 2026

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2026

SEAN F. McAVOY, CLERK

ECF No. 68

Name of Offender: Kenneth William Putnam          Case Number: 0980 2:17CR00064-TOR-1

Address of Offender: ███████████████  Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 30, 2018

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B); <br> Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2); |
| Original Sentence: | Prison - 120 Months; <br> TSR - 60 Months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Federal Public Defender |

Date Supervision Commenced: December 20, 2024

Date Supervision Expires: December 19, 2029

---

### PETITIONING THE COURT

#### To issue a SUMMONS

On December 20, 2024, Mr.  Kenneth Putnam signed his conditions relative to case number 2:17CR00064-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Putnam is alleged to have violated mandatory condition number 3, by ingesting marijuana on or about February 20, 2026, based on urinalysis testing and the subject's admission of such use.

On February 19, 2026, random home contact was conducted with Mr. Putnam at his residence in Spokane. During the contact, Mr. Putnam was questioned as to his sobriety, following which he admitted to unknowingly ingesting a cookie last week, that he later learned had been baked using marijuana infused butter.

Prob12C

**Re: Putnam, Kenneth William**
**February 24, 2026**
**Page 2**

On February 20, 2026, Mr. Putnam reported to the U.S. Probation Office as directed and submitted a urinalysis sample for testing that reflected as being presumptive positive for marijuana. Mr. Putnam signed a drug use admission form, documenting his use of marijuana occurring on or about February 15, 2026.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 24, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

2/26/2026

Date