PROB 12C
(6/16)

Report Date:  April 1, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth William Putnam          Case Number: 0980 2:17CR00064-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 30, 2018

Original Offense:          Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §
                           841(a)(1), (b)(1)(B); Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and
                           924(a)(2)

Original Sentence:     Prison - 120 Months          Type of Supervision: Supervised Release
                       TSR - 60 Months

Asst. U.S. Attorney:   Caitlin A. Baunsgard          Date Supervision Commenced: December 20, 2024

Defense Attorney:      Carter Liam Powers Beggs       Date Supervision Expires: December 19, 2029

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/24/2026.

On December 20, 2024, Mr.  Kenneth Putnam signed his conditions relative to case number 2:17CR00064-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Putnam is alleged to have violated mandatory condition number 3, by ingesting marijuana on or about March 26, 2026, based on urinalysis testing and his admission of such use.

On March 30, 2026, Mr. Putnam reported to the U.S. Probation Office's contract urinalysis testing provider in Spokane, and did submit to urinalysis testing. The result of which proved presumptive positive for marijuana.

Prob12C
**Re: Putnam, Kenneth William**
**April 1, 2026**
**Page 2**

On April 1, 2026, Mr. Putnam was contacted telephonically by the undersigned officer in response to the identified concern. During this discussion, Mr. Putnam admitted to having most recently ingesting marijuana on or about March 26, 2026, in response to his described stress and anxiety.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 1, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

April 2, 2026

Date