PROB 12C
(6/16)

Report Date: September 22, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

ECF No 96

Name of Offender: Kenneth William Putnam | Case Number: 0980 2:17CR00064-TOR-1

Address of Offender: [redacted] Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 30, 2018

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B); Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 120 Months<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 20, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: December 19, 2029 |

---

### PETITIONING THE COURT

To issue a summons.

On December 20, 2024, Mr. Kenneth Putnam signed his conditions relative to case number 2:17CR00064-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Putnam is alleged to have violated mandatory condition number 3, by ingesting marijuana on or about September 15, 2026, based on both urinalysis testing and the subject's admission of such use.<br><br>On September 15, 2026, Mr. Putnam reported to the U.S. Probation Office as directed for urinalysis testing. Prior to testing, Mr. Putnam disclosed that the sample may return positive for marijuana. Mr. Putnam subsequently submitted a sample that tested presumptive positive for marijuana, as indicated. Mr. Putnam admitted to having ingested the substance on "several" occasions in recent past, having most recently smoked four marijuana "joints" on or about September 13, 2026. Mr. Putnam did sign a drug use admission form. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 22, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

September 23, 2026

Date