PROB 12C
(6/16)

Report Date: October 13, 2026

ECF No. 100

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth William Putnam Case Number: 0980 2:17CR00064-TOR-1

Address of Offender: [redacted] Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 30, 2018

Original Offense: Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B); Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence: Prison - 120 Months
TSR - 60 Months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard

Date Supervision Commenced: December 20, 2024

Defense Attorney: Carter Liam Powers Beggs

Date Supervision Expires: December 19, 2029

---

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/22/2026.

On December 20, 2024, Mr. Kenneth Putnam signed his conditions relative to case number 2:17CR00064-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Putnam is alleged to have violated mandatory condition number 3, by ingesting marijuana on or about October 6, 2026, based on both urinalysis testing and the subject's admission of such use.

On October 6, 2026, Mr. Putnam reported to the U.S. Probation Office as directed for urinalysis testing. Prior to testing, Mr. Putnam disclosed that he had used marijuana on or about September 27, 2026. Mr. Putnam subsequently submitted a urinalysis sample that tested presumptive positive for marijuana, and signed a drug use admission form serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 13, 2026

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other



Signature of Judicial Officer

October 13, 2026

Date